1022

[No. 33335-0-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN M. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00205-5, David E. Foscue and Gordon Godfrey, JJ., entered May 23, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 34345-2-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL DUKOWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01945-5, Lisa R. Worswick, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34544-7-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02475-7, Thomas Felnagle, J., entered March 15, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 34668-1-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LEIF E. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00114-9, Jill M. Johanson, J., entered April 4, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.